O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSUKASA KOMORITA, an individual; PATTI KOMORITA, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY; WACHOVIA BANK dba WELLS FARGO & COMPANY; WORLD SAVINGS BANK, FSB dba WELLS FARGO & COMPANY,<br><br>        Defendants. | Case No. CV 11-09432 DDP (MANx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND VACATING AS MOOT DEFENDANT'S MOTION TO STRIKE**<br><br>[Docket Nos. 5 & 7] |

Presently before the court are Defendant Wells Fargo's Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") and Motion to Strike Portions of Complaint ("Motion to Strike").  Because Plaintiffs have not filed an opposition to either Motion, the court GRANTS the Motion to Dismiss and VACATES the Motion to Strike as moot.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file

1  any required paper, or the failure to file it within the deadline,
2  may be deemed consent to the granting or denial of the motion."
3       The hearings on Defendant's Motions were set for January 23,
4  2012.  Plaintiffs' oppositions were therefore due by January 2,
5  2012.  As of the date of this Order, Plaintiffs have not filed an
6  opposition to either Motion, or any other filing that could be
7  construed as a request for a continuance.  Accordingly, the court
8  deems Plaintiffs' failure to oppose as consent to granting the
9  Motion to Dismiss, and GRANTS the Motion.  The court also VACATES
10 the Motion to Strike as moot.  Plaintiffs' Complaint is dismissed.

12 IT IS SO ORDERED.

15 Dated: January 27, 2012

                                      DEAN D. PREGERSON
                                      United States District Judge