UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

CLOSED

| | |
|---|---|
| TSUKASA KOMORITA, an Individual, PATTI KOMORITA, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WACHOVIA BANK, dba WELLS FARGO & COMPANY; WORLD SAVINGS BANK, FSB, dba WELLS FARGO & COMPANY; AND DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No.:  2:11-cv-09432-DDP-MAN<br><br><br>**JUDGMENT OF DISMISSAL**<br><br><br>*[The Honorable Dean D. Pregerson, District Judge, Courtroom 3]* |

On January 27, 2012, this Court entered an Order granting the motion of defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued as "Wells Fargo & Company" and also erroneously named separately as "Wachovia

Bank, dba Wells Fargo & Company" and "World Savings Bank, FSB, dba Wells Fargo & Company") ("Wells Fargo"), to dismiss plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.

2. Plaintiffs Tsukasa Komorita and Patti Komorita will take nothing from defendant Wells Fargo in this action; and

3. As the prevailing party, defendant Wells Fargo may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated:  February 03, 2012         _____
                                  HONORABLE DEAN D. PREGERSON